SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARIA ALICIA REYNA-CALDERON, MIGUEL CALDERON-CORDOVA, </br></br> Petitioners, </br></br> v. </br></br> ALBERTO E. GONZALEZ, Attorney General of the United States, and DAVID N. STILL, Acting District Director, San Francisco Office, U.S. Bureau of Citizenship and Immigration Services; </br></br> Respondents. | No. C 07-1825 SC </br></br> STIPULATION TO EXTEND TIME WITHIN WHICH THE RESPONDENTS MUST FILE AN ANSWER |

   Petitioners, by and through their attorney of record, and respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time within which the respondents must serve their answer to the complaint in the above-entitled action. The defendants will file their answer on or June 15, 2007.

///

///

Stipulation to Extend Time
C 07-1825 SC

| | | |
|---|---|---|
| 1 | Dated: May 3/2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | EDWARD A. OLSEN<br>Assistant United States Attorney |
| 6 | | Attorneys for Respondents |
| 9 | Date: May ____, 2007 | *see fax signature*<br>FRANK P. SPROULS<br>Attorney for Petitioner |

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:     6/4/07

*[Signature]*
Judge Samuel Conti

Stipulation to Extend Time
C 07-1825 SC

1 | Dated: May ___, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Date: May ___, 2007

_____
FRANK P. SPROULS
Attorney for Petitioner

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
SAMUEL CONTI
United States District Judge

Stipulation to Extend Time
C 07-1825 SC