1  SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2  JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3  Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6    Telephone: (415) 436-6915
FAX: (415) 436-6927
7
Attorneys for Respondents
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  MARIA ALICIA REYNA-CALDERON,          )
MIGUEL CALDERON-CORDOVA,              )   No. C 07-1825 SC
13                                       )
                                         )
14            Petitioners,               )
                                         )   **STIPULATION TO DISMISS and**
15        v.                             )   **[PROPOSED] ORDER**
                                         )
16  ALBERTO E. GONZALEZ, Attorney General )
of the United States, and            )
17  DAVID N. STILL, Acting District Director, )
San Francisco Office, U.S. Bureau of Citizenship )
and Immigration Services;            )
18                                       )
              Respondents.              )
19  _____ )

20

21      Petitioners, by and through their attorney of record, and respondents, by and through their

22  attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

23  entitled action without prejudice in light of the adjudication of petitioner's I-130 applications.

24      Each of the parties shall bear their own costs and fees.

25  ///

26  ///

27

28

Stipulation to Dismiss
C 07-1825 SC

Dated: June ____ 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Respondents

Date: June ____, 2007

FRANK P. SPROULS
Attorney for Petitioners

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:    6/18/07

IT IS SO ORDERED

Judge Samuel Conti

SAM
United States District Judge

Stipulation to Dismiss
C 07-1825 SC